# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| PETER E. LANDER, ET AL. § | |
| § | Civil Action No. 4:18-CV-887 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| FIRST DOMESTIC INSURANCE § | |
| COMPANY LIMITED, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 19, 2020, the report of the Magistrate Judge (Dkt. #28) was entered containing proposed findings of fact and recommendations that Plaintiff Peter E. Lander's "Motion for Entry of Default Final Judgment Against Defendants First Domestic Insurance Ltd, Curtis R.T. Tonge Senior & Robert T. M. Tonge Jr." (Dkt. #27) be denied without prejudice to refiling. Plaintiff acknowledged receipt of the Magistrate Judge's report (Dkt. #29).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Peter E. Lander's "Motion for Entry of Default Final Judgment Against Defendants First Domestic Insurance Ltd, Curtis R.T. Tonge Senior & Robert T. M. Tonge Jr." (Dkt. #27) is hereby **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.
**SIGNED** this 15th day of June, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE