# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PETER E. LANDER § | |
| § | Civil Action No. 4:18-CV-887 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| FIRST DOMESTIC INSURANCE § | |
| COMPANY LIMITED, ET AL. § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 6, 2021, the report of the Magistrate Judge (Dkt. #31) was entered containing proposed findings of fact and recommendations that Plaintiff Peter E. Lander's claims in the instant action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). Plaintiff has acknowledged receipt of the report (Dkt. #32).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Peter E. Lander's case be **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 10th day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE